# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Jonothor Maurice Fields                                             Docket No. 4:03-CR-59-1

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonothor Maurice Fields, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Crack Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 8, 2004, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall pay a $100 special assessment and $1,700 restitution

Jonothor Maurice Fields was released from custody on February 8, 2008, at which time the term of supervised release commenced.

On November 24, 2010, the court approved a Violation Report recommending violations for Driving While License Revoked be held in abeyance.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 29, 2011, the defendant was charged with Driving While License Revoked, Fictitious Tag, Operate Vehicle With No Insurance, Operate Motor Vehicle Without being Registered, and Operate a Motor Vehicle With No Electronic Inspection in Wayne County, North Carolina. When confronted with the violations, the defendant reported he thought his driver's license was reinstated. The charges remain pending.

Jonothor Maurice Fields
Docket No. 4:03-CR-59-1
Petition For Action
Page 2

      In that the court has addressed similar violations in the past without taking any action, the probation officer recommends the conditions of supervision be modified to include 48 hours community service. This condition should serve as a deterrent to future violations of the motor vehicle code.

      The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>472-C Western Blvd.<br>Jacksonville, NC 28546-6862<br>Phone: (910) 347-9038<br>Executed On: February 23, 2011 |

## ORDER OF COURT

Considered and ordered this 24th day of Feb, 2011, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge