# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

U.S.A. vs. Jonothor Maurice Fields                            Docket No. 4:03-CR-59-1

## Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonothor Maurice Fields, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Crack Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 8, 2004, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall pay a $100 special assessment and $1,700 restitution.

Jonothor Maurice Fields was released from custody on February 8, 2008, at which time the term of supervised release commenced.

On November 24, 2010, the court approved a Violation Report recommending violations for Driving While License Revoked be held in abeyance.

On February 24, 2011, the court approved a Petition for Action on Supervised Released modifying the conditions of supervision to include 48 hours community as the result of criminal conduct (driving offenses).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 15, 2012, the defendant was charged with Driving While License Revoked in Lenoir County, North Carolina. The charge remains pending. When confronted with the violation, Fields admitted he operated a motor vehicle to transport his child and acknowledged his driver's license is revoked.

Jonothor Maurice Fields
Docket No. 4:03-CR-59-1
Petition For Action
Page 2

      As a sanction for the violation, the probation officer recommends the conditions of supervision be modified to include 30 days home detention, with electronic monitoring. In consideration of the defendant's financial status, it is recommended he not pay for monitoring services. The probation officer believes this sanction will address the defendant's habitual conduct of operating a motor vehicle without a valid driver's license.

      The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

      Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>472-C Western Blvd.<br>Jacksonville, NC 28546-6862<br>Phone: (910) 347-9038<br>Executed On: January 30, 2012 |

Jonothor Maurice Fields
Docket No. 4:03-CR-59-1
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 31st day of January, 2012, and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge