UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:03-CR-59-1H

| United States Of America | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Jonothor Maurice Fields | ) | |

For cause shown, the special condition of supervised release imposed on February 24, 2011, requiring the defendant to complete 48 hours community service is hereby stricken.

This the 30th day of January, 2013.

*[signature]*
Malcolm J. Howard
Senior U.S. District Judge